UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Nicole Silver and Daniel Spence,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Total Recovery Solutions, LLC; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:13-cv-00509-JAM-JFM<br><br>**ORDER** |

　　　Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:  7/24/13                                       /s/ John A. Mendez

　　　　　　　　　　　　　　　　　　　　Judge: Hon. John A. Mendez